# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 MAR 31 PM 12:38

M. REGINA THOMAS
CLERK

BY _____ DEPUTY CLERK

IN RE:

Kaila Lee

Debtor(s)

Case No.: 23-51311

Chapter: 7

## Motion of Relief from Stay

I, Brittany Moss, allowed Ms. Kaila Lee to use my washer and dryer because my new apartment complex provided their own and she recently moved by herself and didn't own one. My lease was up and I texted Ms. Lee to return my appliances, but she never responded and blocked me from contacting her further. I believe this was an attempt to keep my belongings/personal property. In doing so, I had to purchase a new washer and dryer set, on top of moving, and just having a new born baby. I even suggested payment arrangements. I'm seeking to be reimbursed for my personal property and all applicable court fees. To this date, 31 March 2023, Ms. Lee is in possession of my appliances. I have documents to verify ownership.

Dated: 3/31/2023

Signature: Brittany Moss

Printed Name: Brittany Moss

Address: 6554 Chupp Rd unit 4101
Lithonia, Ga 30058

Phone: 770-990-3539

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Kaila Lee )   Case No: 23-51311
_____ )   Chapter 7
_____ )
_____ )
Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 31 day of March, 2023 I served a copy of Motion of Relief from Stay which was filed in this bankruptcy matter on the 31 day of March 2023

Mode of service (check one):    ● MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Ms. Kaila Lee
3175 Mills Creek Circle #923
Scottdale, Ga 30079

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3/31/2023        Signature: Brittany Moss
Printed Name: Brittany Moss
Address: 6554 Chupp Rd. Unit 4101
Lithonia, Ga 30058
770-990-3539
Phone:

(Generic Certificate of Service – Revised 4/13)